

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00084-CV

| | | |
|---|---|---|
| Ex parte B.B. | § | From the 16th District Court |
| | § | of Denton County (16-06070-16) |
| | § | July 12, 2018 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's expunction order is reversed and we render judgment denying Appellee B.B.'s expunction petition. It is further ordered that all documents that were turned over to the trial court or to B.B. by law-enforcement agencies in compliance with the expunction order must be returned to the submitting agencies.

It is ordered that B.B. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
 Justice Elizabeth Kerr